# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JEFFREY WELCH, GLEN BISHOP, MITCHELL
WITSINSKI, ROBERT CULBERTSON and other
employees similarly situated

**SUMMONS IN A CIVIL CASE**

v.

CITY OF SAN JOSE

CASE NUMBER:

C08  02132 JF
PVT

TO: (Name and address of defendant)
CITY OF SAN JOSE
200 East Santa Clara Street
San Jose, CA 95113
(408) 535-3500

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAROL L. KOENIG, ESQ.  #162037
CHRISTOPHER E. PLATTEN, ESQ.  #111971
Wylie, McBride, Platten & Renner
2125 Canoas Garden Ave #120
San Jose, CA 95125
408-979-2920 - telephone
408-979-2934 - facsimile

an answer to the complaint which is herewith served upon you, within  30        days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE ;  APR 2 4 2008

NDCAO440