1  CHRISTOPHER E. PLATTEN - 111971
   CAROL L. KOENIG - 162037
2  WYLIE, McBRIDE, PLATTEN & RENNER
   2125 Canoas Garden Avenue, Suite 120
3  San Jose, California 95125
   Telephone: (408) 979-2920
4  Facsimile: (408) 979-2934

5  Attorneys for Plaintiffs
   Juan Diaz, Keith Keesling,
6  Christopher Murphy, Gary
   Weekley, Karen Allen and other
7  employees similarly situated

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  JUAN DIAZ, KEITH KEESLING,          Case No.  C07-06424-JW
    CHRISTOPHER MURPHY, GARY                      C-08-02132 JF
12  WEEKLEY, KAREN ALLEN and other      [PROPOSED] ORDER RE: RELATED
    employees similarly situated,       CASES
13
14                  Plaintiffs,

15        vs.

16  CITY OF SAN JOSE,

17                  Defendant.
    _____

18      The following cases are related cases and should be designated as such:

19      Juan Diaz, Keith Keesling, Christopher Murphy, Gary Weekley, Karen Allen and

20
21  other employees similarly situated v. City of San Jose, (Case No. C07-06424-JW)

22      Jeffrey Welch, Glen Bishop, Mitchell Witsinski, Robert Culbertson and other

23  employees similarly situated v. City of San Jose, (Case No. C08-02132 JF)

24  **IT IS SO ORDERED AS MODIFIED:**
    The Clerk shall make the appropriate case reassignments.  The Case Management Conference set if 08-02132 JF is
25  continued to September 8, 2008 at 10:00 AM.  The parties are to file a joint case management conference statement
    by August 28, 2008.

26  Dated: May __16__, 2008            _James Ware_____

27                                      JUDGE JAMES WARE

28