POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> WYLIE, MCBRIDE, PLATTEN & RENNER <br> 2125 CANOAS GARDEN AVE., #120 <br> SAN JOSE, CA 95125 <br> TELEPHONE NO.: (408) 979-2920   FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF United States Court-San Jose <br> STREET ADDRESS: 280 South 1st Street, Rm. 2112 <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: San Jose, CA 95113 <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: JEFFREY WELCH <br> DEFENDANT/RESPONDENT: CITY OF SAN JOSE | CASE NUMBER: <br> C08 02132 JF PVT |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> 269565 |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet (served in complex cases only)
   e. ☐ cross-complaint
   f. ☒ other (specify documents): CIVIL CASE COVER SHEET; SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE PRETRIAL PREPARATION;

3. a. Party served (specify name of party as shown on documents served):
      CITY OF SAN JOSE

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      NORA PIMENTEL, DEPUTY CITY CLERK

4. Address where the party was served: 200 East Santa Clara Street
   San Jose, Ca 95113

5. I served the party (check proper box)
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 5/6/2008  (2) at (time): 3:16 PM
   b. ☐ by substituted service. On (date):  at (time):  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):  from (city):  or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: JEFFREY WELCH | CASE NUMBER. |
|---|---|
| DEFENDANT/RESPONDENT: CITY OF SAN JOSE | C08 02132 JF PVT |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                       (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* CITY OF SAN JOSE
    under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☑ 416.50 (public entity)                 ☐ 415.46 (occupant)
                                                        ☐ other:

7. **Person who served papers**
  a. Name: Katrina Andersson
  b. Address: **Professional Legal Services, Inc.**, P.O. Box 28404, San Jose, CA 95159
  c. Telephone number: 408-280-0700
  d. The fee for service was: $ $49.50
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner   ☐ employee   ☑ independent contractor.
      (ii) Registration No.: 1001
      (iii) County: SANTA CLARA

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: May 8, 2008

Katrina Andersson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          ▶ *(signature)*
                                                                                        (SIGNATURE)