*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (77908)
ROBERT FABELA, Sr. Deputy City Attorney (148098)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY WELCH, GLEN BISHOP, MITCHELL WITSINSKI, ROBERT CULBERTSON and other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>Defendants. | Case Number: C08-02132 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |
| RELATED CASE:<br><br>JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY, KAREN ALLEN and other employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE,<br><br>Defendant. | Case No. C07-06424-JW |

### STIPULATION

These case involve the claim by certain plaintiff firefighters that the City of San Jose has not made overtime payments to plaintiffs pursuant to the Fair Labor and Standards Act.

1

1  The *Welch, et al v. City of San Jose* case was ordered related to the *Diaz, et al. v. City of
2  San Jose*, case number C07-06424 JW on May 16, 2008.
3      The Court appointed Thomas Gosselin, Esq. as the early neutral evaluator in this
4  matter *Diaz* matter before the Welch matter was ordered related. The parties engaged in an
5  ENE session before Mr. Gosselin on July 21, 2008. At the end of session, it was determined
6  that it would be most efficient for the parties and the court, and would more likely result in the
7  informal resolution of this matter, were the parties to engage in another ENE session with Mr.
8  Gosselin after having a reasonable opportunity to further study the scope of the damages
9  being claimed by Plaintiffs under the Fair Labor Standards Act. The parties have also agreed
10 to address this related case, *Welch v. City of San Jose*, at the second ENE.
11     The parties had agreed with Mr. Gosselin to conduct the next phase of the ENE
12 session, which was to include both the *Diaz* and the *Welch* matter, on September 18, 2008.
13 That ENE was postponed at the request of the City so that it could further explore the extent
14 of the alleged damages and so that the City's legal counsel could consult with the City
15 Council regarding possible resolution of the case. The ENE is set for October 30 with Mr.
16 Gosselin.
17     The Case Management Conference in Welch v. City of San Jose is currently sched-
18 uled for October 20, 2008, ten days prior to the scheduled ENE. The next Case Management
19 Conference in the Diaz matter is set for November 17, a date that occurs after the ENE. The
20 parties agree that it would be more efficient and productive for both case to be discussed
21 after the ENE session on October 20 and at the same Case Management Conference.
22 Accordingly, the parties agree to continue the Welch Case Management Conference to
23 November 17, 2008, pending approval from this Court.

24                                          WYLIE, MCBRIDE, PLATTEN & RENNER
25
26 Dated: October 15, 2008              By:      /s/ Carol L. Koenig
                                                CAROL L. KOENIG
27
28                                      Attorney for Plaintiffs, JUAN DIAZ, KEITH
                                        KEESLING, CHRISTOPHER MURPHY,
                                        GARY WEEKLEY, and KAREN ALLEN

2

1
2
                        RICHARD DOYLE, City Attorney

3  Dated: October 15, 2008          By: _____*/s/ Robert Fabela*_____
4                                       ROBERT FABELA
                                      Sr. Deputy City Attorney
5
                       Attorney for Defendant CITY OF SAN JOSE
6
7
8       ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

      I attest that concurrence in the filing of this document by the signatories, Robert Fabela and Carol L. Koenig, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

9
10
11
12
13  Date: October 15, 2008           By:_____*/s/ Robert Fabela*_____
                                       ROBERT FABELA
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference in this matter shall be continued to November 17, 2008, at 10:00 a.m.  On or before **November 7, 2008**, the parties shall file a Joint Case Management Statement.  The Statement shall, among other things, update the Court on the parties' ENE efforts and include a good faith discovery plan with a proposed date for the close of all discovery.

Dated:  October 16, 2008      _____
JAMES WARE
United States District Judge