**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeffrey Welch, et al., | NO. C 08-02132 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| City of San Jose, | |
| Defendant. | |

In light of the Court's October 30, 2008 Order continuing the Case Management Conference for the related case <u>Diaz v. City of San Jose</u> (Case No. C07-6424), the Court continues the Case Management Conference currently set for November 17, 2008 to **December 1, 2008 at 10 a.m.** for the above entitled case to accommodate the parties' ENE efforts. On or before **November 21, 2008**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, an update on the parties' ENE efforts and a discovery plan with a proposed date for the close of all discovery.

Dated: November 13, 2008

_James Ware_
JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carol Lynn Koenig ckoenig@wmjpr.com
Christopher Eugene Platten cplatten@wmjpr.com
Robert R. Fabela CAO.Main@sanjoseca.gov

**Dated:  November 13, 2008**          **Richard W. Wieking, Clerk**

               **By:      /s/ JW Chambers**
                        **Elizabeth Garcia**
                        **Courtroom Deputy**