**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                    SAN JOSE DIVISION

10   Jeffrey Welch, et al.,                      NO. C 08-02132 JW

11                    Plaintiffs,          **ORDER CONTINUING PRELIMINARY
                                           PRETRIAL CONFERENCE**
         v.
12
     City of San Jose,
13
                     Defendant.
14   _____/

15          On May 11, 2009, the parties are scheduled to appear for a Preliminary Pretrial Conference.

16   Based on the parties' representation that a Preliminary Pretrial Conference would be premature in

17   light of the parties' settlement discussions, the Court CONTINUES the May 11, 2009 Preliminary

18   Pretrial Conference to **June 8, 2009 at 11 a.m.**  The parties shall file a Joint Preliminary Pretrial

19   Statement on or before **May 29, 2009**.  The parties' Statement shall inform the Court of the status of

20   their settlement efforts.  To the extent that settlement discussions proved unfruitful, the parties shall

21   provide proposed trial dates in their Statement.

22

23   Dated:  May 6, 2009                    _____
                                            JAMES WARE
24                                          United States District Judge

25

26

27

28

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Carol Lynn Koenig ckoenig@wmjpr.com
     Christopher Eugene Platten cplatten@wmjpr.com
3    Daniel Alfredo Menendez dmenendez@wmprlaw.com
     Robert R. Fabela CAO.Main@sanjoseca.gov
4

5    **Dated:  May 6, 2009**                                  **Richard W. Wieking, Clerk**

6
                                                              **By:____/s/ JW Chambers_____**
7                                                                 **Elizabeth Garcia**
                                                                  **Courtroom Deputy**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California