IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeffrey Welch, et al., | NO. C 08-02132 JW |
| Plaintiffs, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| City of San Jose, | |
| Defendant. | |

This case was scheduled for a Preliminary Pretrial Conference on June 8, 2009. Based on the parties' representation regarding a possible settlement, the Court CONTINUES the Preliminary Pretrial Conference to **June 29, 2009 at 11 a.m.** The parties shall meet and confer and file a Joint Case Management Conference Statement on or before **June 19, 2009.** If no settlement is reached by June 19, 2009, the parties shall propose a schedule for proceeding with this litigation in their Statement.

Dated: June 4, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carol Lynn Koenig ckoenig@wmjpr.com
Christopher Eugene Platten cplatten@wmjpr.com
Daniel Alfredo Menendez dmenendez@wmprlaw.com
Robert R. Fabela CAO.Main@sanjoseca.gov

**Dated:  June 4, 2009**                                                    **Richard W. Wieking, Clerk**

                                                  **By:      /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

United States District Court
For the Northern District of California