IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeffrey Welch, et al., | NO. C 08-02132 JW |
| Plaintiffs, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| City of San Jose, | |
| Defendant. | |

This case was scheduled for a Preliminary Pretrial Conference on June 29, 2009. Defendant represents that a proposed settlement has been submitted to the City Council, and thus, the parties request an additional 45 days to finalize their settlement. Based on these representations, the Court finds good cause to grant another continuance of the Preliminary Pretrial Conference. The Court sets **August 31, 2009 at 11 a.m.** as the new conference date.

The parties shall meet and confer and file a Joint Case Management Conference Statement on or before **August 21, 2009.** The parties' Statement shall inform the Court of the status of their settlement efforts. To the extent that settlement discussions proved unfruitful by August 21, the parties shall provide proposed trial dates in their Statement.

Dated:  June 25, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carol Lynn Koenig ckoenig@wmjpr.com
Christopher Eugene Platten cplatten@wmjpr.com
Daniel Alfredo Menendez dmenendez@wmprlaw.com
Robert R. Fabela CAO.Main@sanjoseca.gov

**Dated:  June 25, 2009**                                        **Richard W. Wieking, Clerk**


                                                                 **By:     /s/ JW Chambers
                                                                          Elizabeth Garcia
                                                                          Courtroom Deputy**