CHRISTOPHER E. PLATTEN - 111971
CAROL L. KOENIG - 162037
DANIEL A. MENENDEZ - 260822
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, California 95125
Telephone:  (408) 979-2920
Facsimile:  (408) 979-2934

Attorneys for Plaintiffs
Jeffrey Welch, Glen Bishop, Mitchell
Witsinski, Robert Culbertson
and other employees similarly situated

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WELCH, GLEN BISHOP, MITCHELL WITSINSKI, ROBERT CULBERTSON and other employees similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN JOSE, <br><br> Defendant. _____/ | Case No. C08-02132 JW <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE; SETTING STATUS CONFERENCE RE: SETTLEMENT** |

Pursuant to the Court's June 25, 2009 Order Continuing Preliminary Pretrial Conference, the parties hereby submit the following Joint Preliminary Pretrial Statement. As this Court is aware, this is a Fair Labor and Standards Act case in which the Plaintiffs are asserting, based on several different theories, that Defendant City of San Jose has not paid Plaintiff firefighters overtime consistent with the Fair Labor and Standards Act for the last several years.  The City denies these allegations.

Since the parties last submitted a joint pretrial conference statement on June 19, 2009, the parties have made significant progress in their ongoing settlement discussions. Although all of the details are not, as yet, worked out, the parties are in tentative agreement regarding the major terms that would be included in a settlement agreement. These major

terms include agreement back pay and liquidated damages, the "credits" to which the City is entitled against back pay, and the kinds of premium pays that will be included in future FLSA calculations. The parties are in discussions regarding attorneys fees and costs, the method to be used for binding all plaintiffs to the settlement agreement, and the development of a process that plaintiffs can use to ensure compliance with the settlement agreement in the future.

Because of their focus on settlement discussions, which have been complex and time consuming, and in an effort to minimize costs, the parties have yet to engage in substantial discovery in preparation for trial. In light of the current status of settlement discussions, and the uncertainty of what a reasonable pre-trial schedule in this case should be at this time, the parties request a 60 day continuance of the pre-trial conference. The parties believe that, within the additional 60 days, the parties will most likely be able to finalize a settlement in this matter, to narrow the issues by agreeing to a partial settlement, or else be at impasse.

Dated: August 21, 2009                          RICHARD DOYLE, City Attorney


By: _____/S/_____
ROBERT FABELA
Sr. Deputy City Attorney

Attorney for Defendant CITY OF SAN JOSE

Dated:  August 21, 2009                         WYLIE, McBRIDE, PLATTEN & RENNER


By: __ _____/S/_____
         CAROL L. KOENIG

Attorneys for Plaintiffs JEFFREY WELCH, GLEN BISHOP, MITCHELL WITSINSKI, ROBERT CULBERTSON

1
2
3   ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:
4       I attest that concurrence in the filing of this document by the signatories, Robert
5   Fabela and Carol Koenig, has been obtained, and that a record of the concurrence shall be
6   maintained at the Office of the City Attorney.
7   Date: August 21, 2009               By:            /s/
                                                CAROL L. KOENIG
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; Case No. C08-02132 JW          3

**CASE MANAGEMENT [PROPOSED] ORDER**

Based on the representations in the parties' Joint Statement, the Court finds good cause to VACATE the Preliminary Pretrial Conference currently set for August 31, 2009. The Court sets a Status Conference re: Settlement for **November 2, 2009 at 10 a.m.** On or before **October 23, 2009**, the parties shall file a Joint Status Statement to update the Court on the progress of their settlement.

Dated: August 31, 2009

_____
JAMES WARE
United States District Judge