RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
ROBERT FABELA, Sr. Deputy City Attorney (#148098)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY WELCH, GLEN BISHIP, MITCHELL WITSINSKI, ROBERT CULBERTSON and other employees similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF SAN JOSE,<br><br>        Defendant. | Case Number:  C08-02132 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT OF FLSA CLAIM** |

WHEREAS, this is a Fair Labor and Standards Act ("FLSA") case in which the Plaintiffs are asserting, based on several different theories, that Defendant City of San Jose has not paid Plaintiff firefighters overtime consistent with the FLSA for the last several years;

WHEREAS, the City denies these allegations;

WHEREAS, the parties agree that the further pursuit of this action would not be of benefit to either party;

WHEREAS, the parties represent that they have reached a settlement in this matter, which has been approved by Plaintiffs and by the San Jose City Council in closed session, but is subject to approval of the San Jose City Council in regular session;

WHEREAS, through this stipulation, the parties seek an order from the Court approving the tentative settlement reached by the parties, so that the parties may finalize the settlement and file a stipulated judgment.

THEREFORE, the parties, through their respective counsel, stipulate as follows:

(1) The proposed settlement agreement reached by the parties in this matter is fair and reasonable and will consist in substantial part of the following: (a) Plaintiffs will recover from the Defendant City of San Jose back wages in an amount to be to be determined by recalculating the Plaintiffs' payroll back to the pay that includes April 24, 2006 through the time that settlement payment is made; (b) such recalculations and settlement payments shall be calculated consistent with the proposed settlement agreement, attached hereto as Exhibit A; (c) beginning the first pay period that commences after July 1, 2010, the City will calculate overtime pay pursuant to the attached proposed settlement agreement; and (d) the City will pay Plaintiffs' attorneys' fees and costs for both this matter as well as the related case of *Juan Diaz, Keith Keesling, Chrstopher Murphy, Gary Weekley, Karen Allyn, and other employees similarly situated v. City of San Jose,* case number C07-06424 JW, in a total amount of one hundred five thousand dollars ($105,000) for both cases.

(2)     Upon approval by the San Jose City Council of this settlement at a regular session of the San Jose City Council, the parties shall submit for signature a stipulated judgment incorporating the terms of this Order as well as an executed settlement agreement.

(3)     Any judgment amount or other consideration herein ordered shall never at any time or for any purpose be considered an admission of liability or responsibility on the part of any of the parties herein and that the plaintiffs waive all rights, if any be had, to further liquidated damages.

Dated: May 13, 2010                    RICHARD DOYLE, City Attorney


                                                    By: _____/S/_____
                                                           ROBERT FABELA
                                                           Sr. Deputy City Attorney

                                                    Attorney for Defendant CITY OF SAN JOSE

1  Dated: May 13, 2010                           WYLIE, McBRIDE, PLATTEN & RENNER

                                                 By: _____/S/_____
                                                       CAROL L. KOENIG

                                                 Attorneys for Plaintiffs JEFFREY WELCH,
                                                 GLEN BISHIP, MITCHELL WITSINSKI,
                                                 ROBERT CULBERTSON and other
                                                 employees similarly situated


ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Robert Fabela and Carol Koenig, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: May 13, 2010                               By:____/s/ Robert Fabela_____
                                                       ROBERT FABELA


### ORDER

It is so ordered.   The May 24, 2010 Status Conference is vacated.

Dated: May 21  2010                              _____/s/ James Ware_____
                                                       JAMES WARE
                                                 UNITED STATES DISTRICT JUDGE